■ CHARLES C. McBRIDE, Petitioner, v. LILY DALE ASSEMBLY et al., Respondents. (Proceeding No. 2.) — Determination unanimously confirmed, without costs. Same memorandum as in *Cowen* v. *Lily Dale Assembly* (44 A D 2d 772), decided herewith. (Review of determination and order of appeal board dismissing complaint of discrimination in housing accommodations.) Present — Witmer, J. P., Moule, Cardamone, Goldman and Del Vecchio, JJ.